# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANA DEL CARMEN GOMEZ,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:17-cv-1035- JLT<br><br>ORDER GRANTING EXTENSION OF TIME<br><br>(Doc. 9) |

The parties have stipulated for an extension of time for Defendant to prepare and serve a certified copy of the transcript of the administrative record. (Doc. 9) Notably, the Scheduling Order permits a single extension by the stipulation of parties (Doc. 5 at 4), and this is the first extension requested by either party. Based upon the stipulation of the parties, and good cause appearing, the Court **ORDERS:**

    1.    The request for an extension of time is **GRANTED**; and

    2.    Defendant **SHALL** file the administrative record no later than **February 5, 2018**.

IT IS SO ORDERED.

    Dated: __**December 27, 2017**__         ____**/s/ Jennifer L. Thurston**____
                                                                         UNITED STATES MAGISTRATE JUDGE