MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
SHARON LAHEY (CBSN 263027)
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8963
Facsimile (415) 744-0134
E-Mail: sharon.lahey@ssa.com

Attorneys for DEFENDANT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JUANA DEL CARMEN GOMEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner Of Social Security,<br><br>    Defendant. | CASE NO. 1:17-cv-01035-JLT<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO LODGE TRANSCRIPT OF CERTIFIED ADMINISTRATIVE RECORD**<br>**(Doc. 11)** |

JUANA DEL CARMEN GOMEZ and NANCY A. BERRYHILL, Acting Commissioner Of Social Security (Defendant or the Commissioner), hereby stipulate, subject to the approval of the Court, to a 30-day extension of time to serve a certified copy of the transcript of the administrative record. The current deadline is February 5, 2018, and the new deadline would be March 7, 2018. This is the second extension of time requested in the above-captioned matter. Defendant requests this additional time because Plaintiff's claim was pending before the agency until January 17, 2018. Defendant is currently preparing the certified copy of the administrative transcript and will need additional time to finalize it.

DEF.'S EOT & PROPOSED ORDER (CASE NO. 1:17-cv-01035-JLT)

1

The parties further stipulate that the scheduling order in the above-captioned matter be modified accordingly.

Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

Dated: January 29, 2018 /s/ *Denise Bourgeois Haley**
DENISE BOURGEOIS HALEY
Attorney for Plaintiff
[*As authorized by e-mail on January 29, 2018]

Dated: January 29, 2018 MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX

By: */s/ Sharon Lahey*
SHARON LAHEY
Assistant Regional Counsel

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED. Defendant shall serve a certified copy of the transcript of the administrative record on or before March 7, 2018. All other deadlines are modified accordingly.

IT IS SO ORDERED.

Dated: **January 30, 2018**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE