# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANA DEL CARMEN GOMEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:17-cv-01035 - JLT<br><br>ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED APRIL 16, 2018 |

On April 16, 2018, the Court ordered Plaintiff to show cause why sanctions should not be imposed due to failure to prosecute the action and failure to comply with the Court's Order to serve a confidential letter brief. (Doc. 15 at 1-2) In the alternative, Plaintiff was directed to file a proof of service, indicating Defendant was served with the letter brief as ordered in the Scheduling Order. (*Id.* at 2) In response, Plaintiff timely filed a proof of service for her confidential letter brief. (Doc. 16) Accordingly, the Court the Order to Show Cause (Doc. 16) is **DISCHARGED**.

IT IS SO ORDERED.

Dated:   **April 19, 2018**             **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE

1