# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANA DEL CARMEN GOMEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>  Defendant. | Case No.: 1:17-cv-01035 - JLT<br><br>ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED JUNE 18, 2018 |

Previously, the Court ordered Plaintiff to show cause why the action should not be dismissed for failure to comply with the Court's order and failure to prosecute the action. (Doc. 19) In the alternative, Plaintiff was directed to file her opening brief. (*Id.* at 2) On June 25, 2018, Plaintiff timely filed her opening brief in the action. (Doc. 20) Accordingly, the Court **ORDERS** the order to show cause dated June 18, 2018 (Doc. 19) is **DISCHARGED**.

IT IS SO ORDERED.

Dated: **June 26, 2018**      **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE