# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANA DEL CARMEN GOMEZ,<br><br>        Plaintiff,<br><br>        v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:17-cv-01035 - JLT<br><br>ORDER GRANTING DEFENDANT'S REQUEST FOR A THIRD EXTENSION OF TIME |

On July 16, 2018, the parties filed a stipulation for a third extension of time, for Defendant to have an extension of thirty days to file a response to Plaintiff's opening brief. (Doc. 22) The Scheduling Order allows for a single extension of thirty days by the stipulation of the parties (Doc. 5 at 4), which was previously used by Defendant in this action. (Docs. 9, 10)

Beyond the single extension by stipulation, "requests to modify [the scheduling] order must be made by written motion and will be granted only for good cause." (Doc. 5 at 4) Accordingly, the Court construes the stipulation of the parties to be a motion to amend the Scheduling Order. Defendant asserts that the extension is necessary because counsel "will be on leave from July 18, 2018 through July 26, 2018," and the current deadline is July 26, 2018. (Doc. 22 at 1) In addition, Plaintiff does not oppose the request for a further extension (*id.* at 2), and it does not appear Plaintiff would suffer any prejudice through the delay.

///

Based upon the stipulation of the parties and good cause appearing, the Court **ORDERS**:

1. Defendant's request for a third extension of time is **GRANTED**; and
2. Defendant **SHALL** file a response to the opening brief no later than **August 27, 2018**;
3. Any reply by Plaintiff **SHALL** be filed no later than **September 10, 2018**; and
4. The parties are advised that no further extensions of time will be granted absent a showing of exceptionally good cause.

IT IS SO ORDERED.

Dated: **July 16, 2018**      **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE